IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RODNEY NEWKIRK, # 14209-104,    )
    )
    Plaintiff,    )
    )
    v.    )    Civil Action No. 2:18cv293-WHA
    )    [WO]
WALTER WOODS,    )
    )
    Defendant.    )

## ORDER

On May 8, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 4.) Upon an independent review of the record and upon consideration of the Recommendation, and in light of Plaintiff's complete failure to respond to court orders or to appear in this action personally or by counsel, it is ORDERED that:

1. The Magistrate Judge's Recommendation (Doc. # 4) is ADOPTED.

2. This case is DISMISSED without prejudice for Plaintiff's failure to prosecute and for failure to obey court orders.

Final judgment will be entered separately.

DONE this 4th day of June, 2018.


      /s/   W. Harold Albritton, III
    SENIOR UNITED STATES DISTRICT JUDGE